Order issued September 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01136-CV

## IN RE TROY LEE PERKINS, Relator

### Original Proceeding from the 282nd Criminal District Court
### Dallas County, Texas
### Trial Court Cause Nos. F07-71970-S

# O R D E R

Before Justices Bridges, Lang, and Fillmore

The Court has before it relator's September 4, 2012 letter to this Court, which we construe

as a motion for rehearing. This Court has no jurisdiction over habeas corpus proceedings in which

the relator seeks relief from a felony judgment after final conviction. *See* TEX. CODE CRIM. PROC.

ANN. art. 11.07 (West Supp. 2011). Accordingly, we **DENY** the motion for rehearing.

ROBERT M. FILLMORE
JUSTICE